# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND
LINDA TORRES

NO.  2022 CW 1065

VERSUS

JOHN MAMOULIDES, LAKELOTS,
INC., INTREPID, INC., ONE
CONSORT INTERNATIONAL, LLC,
LAKE RAMSEY DEVELOPMENT, AND
ST. TAMMANY PARISH

**NOVEMBER 21, 2022**

---

In Re:    Anthony Misita and Glenn and Linda Torres, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 201314638.

---

**BEFORE:    THERIOT,  CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                                MRT
                                WRC
                                CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT